AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ERIC JUSTIN TOTH ) | Case No. |
| ) | |
| ) | |
| ) | |
| ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  between 5/2007 and 6/2008  in the county of _____ in the _____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a)(1)<br>18 U.S.C. § 2252(a)(5) | did use, persuade, induce, and entice a person under the age of eighteen, to engage in sexually explicit conduct, for the purpose of producing visual depictions of such conduct, specifically a digital video, such digital video having been produced using materials that had been transported by any means in interstate and foreign commerce; and knowingly possessed a video that contains an image of child pornography that has been transported in interstate commerce by any means. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

Timothy Palchak, Detective
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/23/2013

*Judge's signature*

City and state:   Washington, D.C.   Alan Kay, Magistrate Judge
*Printed name and title*