## STATEMENT OF FACTS

On June 18, 2008, a school official at Beauvoir National Cathedral Elementary School, located at 3500 Woodley Road, N.W., Washington, D.C., notified the Metropolitan Police Department that the school had discovered a Sandisk media card that contained what appeared to be pornographic images of a young male child in the classroom of former teacher Eric Justin Toth. A school employee found the media card earlier that day in Toth's classroom inside a box that was addressed to Toth at the school's address. Toth's last day of employment at the school was June 9, 2008.

Law enforcement has observed the complete contents of the media card. The card contains 68 photographs and videos. Of those images, one video depicts what appears to be the hand of an adult male pulling down the shorts and underpants of a sleeping prepubescent child to expose the child's penis. The hand then extracts the child's penis from the clothing and holds the penis while stroking it lightly. Several photographs depict the same child's exposed penis and scrotum, and some of the photographs also show what appears to be the hand of an adult male exposing and touching the child's penis. According to the details embedded on the card, the video and photographs were taken in August 2007. Law enforcement has confirmed the identity of the child depicted in the video. The child was under the age of twelve at the time the video was taken. Law enforcement also has confirmed that Toth had access to the Maryland residence at which the images were taken on the dates embedded on the media card.

Immediately preceding the pornographic images on the card are numerous non-pornographic videos that were taken two weeks earlier. An adult male voice can be heard in at least two of those videos. Two individuals who have known Toth for at least one year and are familiar with his voice separately have listened to those videos and identified the voice on the videos as Toth's voice. Immediately following the pornographic images on the card are numerous non-pornographic photographs of children that were taken in what appears to be a classroom. A school official has identified the children depicted in the photographs as Toth's students for the 2007-2008 school year. The official has also indicated that the photographs appear to have been taken at the school on the first day of the school year in September 2007.

According to the details embedded on the media card, all of the videos and images on the card were taken with a Sanyo model HD2 camera. An empty box for this model camera was located among Toth's belongings in a residence where Toth last stayed on June 9, 2008. A receipt found inside the box indicated that the camera was ordered by Toth from Amazon.com on June 30, 2007, and delivered to Toth at the school's address in Washington, D.C.

During the course of the investigation of Toth, multiple additional electronic media and storage devices were recovered by law enforcement, including from Toth's classroom at Beauvoir National Cathedral Elementary School and from a vehicle registered to Toth that was located at the Minneapolis-St Paul International Airport in Minnesota in August 2008.

On one of the media devices that was recovered during the investigation, your affiant has observed a video that is nine seconds in length that depicts child pornography. The video is in what appears to be a classroom and shows a prepubescent male child and an adult male. The

child appears to be standing on an object. The child is not wearing a shirt and the adult male pulls down the child's shorts and boxer shorts, exposing the child's penis. The camera is focused on the child's penis. The child's voice and the adult male's voice can be heard during the video. The child's face and the adult male's face can be seen in part at times during the video. Your affiant has confirmed the identity of the adult male and the location of the video. An individual familiar with Toth has identified Toth as the adult male in the video. In addition, the same individual has identified the location where the video was taken as a classroom located at the Beauvoir National Cathedral Elementary School.

Beginning in June 2008, law enforcement made efforts to apprehend Toth on child pornography charges. During the course of those efforts, law enforcement determined that Toth was a fugitive based on various facts, including that Toth left a fake suicide note inside his vehicle at the Minneapolis airport but law enforcement subsequently confirmed he was living elsewhere in the United States under an assumed name. In April 2013, Toth was apprehended in Nicaragua, where he was living under an assumed name, and was transported to the United States.